JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ROBERT STEVEN HICKS, | Case No.: 2:19-cv-05360-MWF-SK |
| Plaintiff, | **ORDER DISMISSING LAWSUIT WITH PREJUDICE** |
| v. | |
| FREDIUN AMIR BAHADORI, an individual; AMIR, aka AMIR FASHIONS, aka AMIR FASHION, business form unknown; and MODA ITALIA, INC., a California corporation, BEHNAZ MAHDAVI, an individual; and POST IMPRESSIONIST GALLERY, business form unknown | |
| Defendants. | |
| MODA ITALIA, INC. | |
| Countercomplainant, | |
| v. | |
| ROBERT STEVEN HICKS, | |
| Counterdefendant. | |

## ORDER

Pursuant to Federal Rule of Civil Procedure 41(a) and (c) and the Parties' stipulation to the dismissal with prejudice of all claims, counterclaims, and cross-claims, with each party to pay their own costs and attorneys' fees, the case is hereby dismissed in its entirety with prejudice.

**IT IS SO ORDERED.**

DATED: June 2, 2020

MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE